UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: NICHOLAS ODELL USREY,    {   CHAPTER 13
                                {
                                {
        DEBTOR(S)               {   CASE NO. R20-41132-PWB
                                {
                                {   JUDGE BONAPFEL


**OBJECTION TO CONFIRMATION**


COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1.  The Debtor(s)' payments under the proposed plan are not current.

2.  The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d). (67 months).

3.  As unsecured creditors may receive less than in a Chapter 7 liquidation, the plan may not conform to 11 U.S.C. Section 1325(a)(4).

4.  All prior bankruptcy cases of the Debtor(s), or pending related bankruptcy cases, may not have been disclosed; thereby, indicating a lack of good faith in proposing the instant repayment plan, possibly in violation of 11 U.S.C. Section 1325(a)(3).

5.  The Debtor(s)' Chapter 13 plan and schedules are inaccurate and/or incomplete; the Trustee is unable to determine either the duration or feasibility of the proposed plan.  11 U.S.C. Sections 1322(d) and 1325(a)(6); specifically, Schedule C is blank.

6.  The Chapter 13 petition and schedules fail to disclose a savings account with a credit union, in violation of 11 U.S.C. Section 521.


Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

_____/s/_____
Brandi L. Kirkland, Attorney
for Chapter 13 Trustee
GA Bar No. 423627

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com

R20-41132-PWB

## CERTIFICATE OF SERVICE

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

NICHOLAS ODELL USREY
1386 SITTON ROAD, S
CHATSWORTH, GA 30705-5634

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES, LLC

This 13th day of August, 2020

_____/s/_____ _____
Brandi L. Kirkland, Attorney
for Chapter 13 Trustee
GA Bar No. 423627

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com